UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Amanda U. Levy,

    Plaintiff,

        v.                             Case No. 1:13cv147

Macy's Inc.,                            Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on October 22, 2013 (Doc. 28).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 28) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 28) of the Magistrate Judge is hereby **ADOPTED.** The Complaint (Doc. 3) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) on the ground it is frivolous and pursuant to Fed. R. Civ. P. 12(b)(6) on the ground it fails to state a claim to relief. Plaintiff's motions for leave to amend/supplement the complaint (Doc. 24, 27) are **DENIED**. Defendant's motion to strike the second amended complaint (Doc. 20) and plaintiff's motion for relief on a certain date (Doc. 14), revised motion for relief (Doc. 15), and motion to strike the motion to dismiss and receive court documents via email (Doc. 25) are **DENIED** as

1

moot. Amanda U. Levy/Amanda Ajuluchuku/Amanda Levy-Ajuluchuku is **ENJOINED** from filing any future civil actions in the Southern District of Ohio unless the complaint is first certified as non-frivolous by an attorney in good standing in this Court or the jurisdiction in which he or she is admitted. The Clerk of Court should be directed to reject any complaint from Amanda U. Levy/Amanda Ajuluchuku/Amanda Levy-Ajuluchuku unless she complies with the Court's pre-filing certification instructions and pays the full filing fee.

The Court certifies that pursuant to 28 U.S.C. § 1915(a) an appeal of this Order would not be taken in good faith and therefore will deny plaintiff leave to appeal *in forma pauperis.* Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider,* 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

**IT IS SO ORDERED.**

                                         *s/Michael R. Barrett*
                                         Michael R. Barrett
                                         United States District Judge